UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on December 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kawana Fitzpatrick

Case No.: 16-21751-KCF

Hearing Date: 12/14/2016

Judge: KCFerguson

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
OBJECTING TO PROOF OF CLAIM RE:
INTERSTATE TD INVESTMENT LLC

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

A motion or application having been filed on _____October 20_____, 20 _16_ by _the Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*