UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on December 19, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kawana Fitzpatrick

Case No.: 16-21751-KCF

Hearing Date: 12/14/2016

Judge: KCFerguson

Chapter: 13

Recommended Local Form: ☒ Followed   ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
OBJECTING TO PROOF OF CLAIM RE:
INTERSTATE TD INVESTMENT LLC

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 19, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

   A motion or application having been filed on _____October 20_____, 20 _16_ by _the Debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

   ORDERED that the aforesaid motion or application is denied.

   The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

Case 16-21751-KCF    Doc 35    Filed 12/21/16    Entered 12/22/16 00:37:46    Desc Imaged
Certificate of Notice    Page 2 of 3

United States Bankruptcy Court
District of New Jersey

In re:  
Kawana Fitzpatrick  
    Debtor

Case No. 16-21751-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 19, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2016.  
db           +Kawana Fitzpatrick,    2043 Milton Ave.,    Neptune, NJ 07753-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2016 at the address(es) listed below:  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       George E Veitengruber, III    on behalf of Debtor Kawana Fitzpatrick Gveitengruberesq@gmail.com, knapolitano15@gmail.com  
       Lois M. Vitti    on behalf of Creditor Interstate TD Investments LLC loismvitti@vittilaw.com, tiffany@vittilaw.com  
                                                                              TOTAL: 5