| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on April 13, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Kawana Fitzpatrick,<br><br>Debtor. | Case No.:  16-21751-KCF<br>Adv. No.:<br>Hearing Date: 2/22/2017 @ 9:00 a.m.<br><br>Judge:  Kathryn C. Ferguson |

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors:     Kawana Fitzpatrick
Case No.:    16-21751-KCF
Caption:     **ORDER APPROVING LOAN MODIFICATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 1819 Milton Avenue, Neptune, NJ 07753, Denise Carlon appearing, by way of objection to the motion to approve the loan modification, and this Court having considered the representations of attorneys for Secured Creditor and George Veitengruber, III, Esquire, attorney for Debtor, Kawana Fitzpatrick, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the trial modification is approved; and

It **ORDERED, ADJUDGED and DECREED** that if a final modification is reached an the terms do not change upon completion of the trial modification, no further court approval is needed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the pre-petition arrears are capitalized into the final loan modification, Secured Creditor shall amend its claim to reflect the modification terms within 30 days of finalization; upon receipt of an amended Proof of Claim the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if post-petition arrears are capitalized into the final loan modification, Secured Creditor shall amend any Orders relating to post-petition arrears to reflect the terms of the modification terms within 30 days of finalization; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall file an amended Schedule J and Modified Plan within 20 days of the finalization of the loan modification.