| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank |
| In Re:<br><br>Kawana Fitzpatrick,<br><br>Debtor. |

**Order Filed on April 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-21751-KCF
Adv. No.:
Hearing Date: 2/22/2017 @ 9:00 a.m.
Judge:  Kathryn C. Ferguson

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors:     Kawana Fitzpatrick
Case No.:    16-21751-KCF
Caption:     **ORDER APPROVING LOAN MODIFICATION**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 1819 Milton Avenue, Neptune, NJ 07753, Denise Carlon appearing, by way of objection to the motion to approve the loan modification, and this Court having considered the representations of attorneys for Secured Creditor and George Veitengruber, III, Esquire, attorney for Debtor, Kawana Fitzpatrick, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the trial modification is approved; and

It **ORDERED, ADJUDGED and DECREED** that if a final modification is reached an the terms do not change upon completion of the trial modification, no further court approval is needed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the pre-petition arrears are capitalized into the final loan modification, Secured Creditor shall amend its claim to reflect the modification terms within 30 days of finalization; upon receipt of an amended Proof of Claim the Trustee may disburse the funds being reserved pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if post-petition arrears are capitalized into the final loan modification, Secured Creditor shall amend any Orders relating to post-petition arrears to reflect the terms of the modification terms within 30 days of finalization; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall file an amended Schedule J and Modified Plan within 20 days of the finalization of the loan modification.

United States Bankruptcy Court
District of New Jersey

In re:  
Kawana Fitzpatrick  
    Debtor

Case No. 16-21751-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 17, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
db          +Kawana Fitzpatrick,    2043 Milton Ave.,    Neptune, NJ 07753-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                               TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
        George E Veitengruber, III    on behalf of Debtor Kawana   Fitzpatrick Gveitengruberesq@gmail.com,  
          knapolitano15@gmail.com  
        Lois M. Vitti    on behalf of Creditor    Interstate TD Investments LLC loismvitti@vittilaw.com,  
          tiffany@vittilaw.com  
                                                                                                                                                       TOTAL: 5