**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−21751−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kawana Fitzpatrick
   2043 Milton Ave.
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−7590

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/26/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 27, 2017
JAN: bwj

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kawana Fitzpatrick  
    Debtor

Case No. 16-21751-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2      Date Rcvd: Oct 27, 2017  
                       Form ID: 148      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.

```
db             +Kawana Fitzpatrick,    2043 Milton Ave.,    Neptune, NJ 07753-4615
cr             +Interstate TD Investments LLC,    300 E. Esplanade Drive, Suite 410,    Oxnard, CA 93036-1259
lm              Midland Mortgage/Midfirst,    PO Box 268959,    Oklahoma City, OK 73126-8959
cr             +Neptune Housing Associates,    c/o SOBEL HAN, LLP,    120 Sylvan Avenue,    Suite 304,
                 Englewood Cliffs, nj 07632-2505
516239713    #+ACB Receivables Management Inc.,    P.O. Box 350,    Asbury Park, NJ 07712-0350
516279392     +AT&T C/O Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
516279393     +Crystal Fitzpatrick,    1819 Milton Avenue,    Neptune, NJ 07753-4605
516279394     +Dora Fitzpatrick,    1819 Milton Avenue,    Neptune, NJ 07753-4605
516239714     +Interstate TD Investments LLC,    300 E. Esplande Drive,    Oxnard, CA 93036-1259
516308379     +Interstate TD Investments, LLC,    PO BOX 5247,    Oxnard, CA 93031-5247
516239715    ++MID ATLANTIC FINANCE,    4592 ULMERTON ROAD,    CLEARWATER FL 33762-4107
               (address filed with court:  Mid-Atlantic Finance,    4592 Ulmerton Road,    Suite 200,
                 Clearwater, FL 33762)
516402838     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516239716     +Midland Mortgage,    P.O. Box 268959,    Oklahoma City, OK 73126-8959
516279396     +Radiant Property Management LLC,    P.O. Box 436,    New York, NY 10025-0008
516239718     +Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516284492       EDI: AIS.COM Oct 27 2017 23:13:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
516479744       EDI: RESURGENT.COM Oct 27 2017 23:18:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Reimbursement,    Technologies, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516279395      +EDI: JEFFERSONCAP.COM Oct 27 2017 23:13:00      Jefferson Captial System LLC,    P.O. Box 953185,
                 Saint Louis, MO 63195-3185
516239717      +EDI: DRIV.COM Oct 27 2017 23:13:00      Santander Consumer,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
516276635      +EDI: DRIV.COM Oct 27 2017 23:13:00      Santander Consumer USA Inc.;,    as Servicer for Citi,
                 P.O. Box 961245,    Fort Worth, TX 76161-0244
516276185      +EDI: DRIV.COM Oct 27 2017 23:13:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516279397       EDI: AISTMBL.COM Oct 27 2017 23:13:00      Tmobile,    P.O. Box 742596,    Cincinnati, OH 45274
                                                                                              TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Udren Law Offices PC,    Woodcrest Corporate Center,    111 Woodcrest Road,    Suite 200,
                 Cherry Hill, NJ 08003-3620
516239712    ##+A-1 Collection Service,    101 Grovers Mill Road,    #303,    Lawrence Township, NJ 08648-4706
                                                                                         TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                    Page 2 of 2                  Date Rcvd: Oct 27, 2017
                              Form ID: 148                   Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              D. Sam   Han    on behalf of Creditor    Neptune Housing Associates shan@sobelhan.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Kawana   Fitzpatrick Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Lois M. Vitti    on behalf of Creditor    Interstate TD Investments LLC loismvitti@vittilaw.com,
               tiffany@vittilaw.com
                                                                                           TOTAL: 6
```