Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                      Case No.:  16–21751–KCF
                                      Chapter:  13
                                      Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kawana Fitzpatrick
   2043 Milton Ave.
   Neptune, NJ 07753

Social Security No.:
   xxx–xx–7590

Employer's Tax I.D. No.:

---

**FINAL DECREE**

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 11, 2017</u>                    <u>Kathryn C. Ferguson</u>
                                                  Judge, United States Bankruptcy Court